**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-cv-0565 |
| v. | ) | |
| | ) | |
| JARBOE REALTY & INVESTMENT Co., Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: All Counsel of Record;

AND TO: Clerk of the Court.

COMES NOW Zachary N. Moor of the United States Department of Justice hereby provides notice of withdrawal as counsel for the United States in the above-captioned case. Attorney Eric Albert will appear as counsel for Plaintiff the United States of America.

DATED: August 27, 2026

/s/ *Zachary N. Moor*
ZACHARY N. MOOR (MA Bar No. 681469)
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3394
zachary.moor@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed and served the foregoing Notice of Withdrawal with the Clerk of the Court for the United States District Court for the Eastern District of Missouri using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Zachary N. Moor*
Zachary N. Moor
Senior Attorney
U.S. Department of Justice